| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374 |
| | Federal Defender |
| 2 | MARK A. LIZÁRRAGA, CA Bar #186240 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant |
| | VINA MARIE BASILE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-5353 AWI |
| | ) | |
| Plaintiff, | ) | *AMENDED* |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; AND ORDER |
| | ) | THEREON |
| VINA MARIE BASILE, et al., | ) | |
| | ) | Date: June 20, 2005 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for May 31, 2005, may be continued to **June 20, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  ///

2  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

3  DATED: May 26, 2005                    MCGREGOR W. SCOTT
                                           United States Attorney

6                                          By /s/ Stanley A. Boone
                                           STANLEY A. BOONE
7                                          Assistant U.S. Attorney
                                           Attorney for Plaintiff

9  DATED: May 26, 2005

                                           QUIN DENVIR
10                                         Federal Public Defender

13                                         By /s/ Mark A. Lizárraga
                                           MARK A. LIZÁRRAGA
                                           Assistant Federal Defender
14                                         Attorney for Defendant
                                           VINA MARIE BASILE

15 DATED: May 26, 2005                     LAW OFFICE OF DANIEL L. HARRALSON

18                                         By /s/ Daniel L. Harralson
                                           DANIEL L. HARRALSON
                                           Attorney for Defendant
19                                         RICHARD ANDREW MORGAN

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 27, 2005**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE