QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VINA MARIE BASILE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-cr-5353 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE HEARING; AND ORDER |
| ) | THEREON |
| VINA MARIE BASILE, et al., ) | |
| ) | Date: August 1, 2005 |
| Defendants. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for June 20, 2005, may be continued to **August 1, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: June 16, 2005

MCGREGOR W. SCOTT
United States Attorney

By /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: June 16, 2005

QUIN DENVIR
Federal Public Defender

By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
VINA MARIE BASILE

DATED: June 16, 2005

LAW OFFICE OF DANIEL L. HARRALSON

By /s/ Daniel L. Harralson
DANIEL L. HARRALSON
Attorney for Defendant
RICHARD ANDREW MORGAN

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 17, 2005**          /s/ Anthony W. Ishii
0m8i78                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2