```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARK A. LIZÁRRAGA, CA Bar #186240
    Assistant Federal Defender
 3  2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
 4  Telephone: (559) 487-5561

 5  Attorney for Defendant
    VINA MARIE BASILE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-5353 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| VINA MARIE BASILE, et al., | ) | Date: September 19, 2005 |
| Defendants. | ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for August 22, 2005, may be continued to **September 19, 2005 at 9:00 a.m.**

The continuance being sought is at the request of Ms. Basile's counsel, Mark A. Lizarraga, in that Mr. Lizarraga needs additional time for purposes of investigation and preparation of a duress defense.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: August 18, 2005

MCGREGOR W. SCOTT
United States Attorney

By /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: August 18, 2005

QUIN DENVIR
Federal Public Defender

By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
VINA MARIE BASILE

DATED: August 18, 2005

LAW OFFICE OF DANIEL L. HARRALSON

By /s/ Daniel L. Harralson
DANIEL L. HARRALSON
Attorney for Defendant
RICHARD ANDREW MORGAN

## **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated: August 19, 2005**            /s/ Anthony W. Ishii
0m8i78            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing            2