QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VINA MARIE BASILE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 01:04-cr-5353 AWI |
| ) | |
| Plaintiff, ) | DEFENDANT'S WAIVER OF PERSONAL |
| ) | APPEARANCE; AND PROPOSED ORDER |
| v. ) | THEREON |
| ) | |
| VINA MARIE BASILE, ) | |
| ) | Date: October 17, 2005 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |

The undersigned Defendant, having been advised of her right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in her own defense, to litigate all issues by either jury or Court trial, hereby waives her right to be present in person in open Court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, and hereby formally and specifically waives her right to be personally present at the hearing scheduled for October 17, 2005, and requests the Court to allow her attorney to represent her in Court on that date, Defendant having specifically given said attorney prior verbal authorization to make such appearance on her behalf and to request the Court to schedule any and all appropriate hearings relating to the Defendant's matter. Defendant further hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver, and allow her attorney-in-fact to represent her interests at all

times.  In addition, Defendant further agrees that notice to her attorney that her presence is required will be deemed notice to her of the requirement of her appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P. 43.

Defendant is employed and it would be a hardship for Defendant to travel to Fresno from her residence in Escalon, California taking into consideration loss of work, and gasoline for travel.   He wishes to limit the number of personal Court appearances and minimize the time and expense of travel to Court.

DATED:  October 13, 2005           /s/ Vina Marie Basile
                                   VINA MARIE BASILE


DATED: October 13, 2005            QUIN DENVIR
                                   Federal Defender



                                   /s/ Mark A. Lizarraga
                                   MARK A. LIZARRAGA
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   GLORIA ROJO


**O R D E R**

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

**Dated:   October 13, 2005                  /s/ Anthony W. Ishii**

Waiver 43(b)(3)                              2