DANIEL J. BRODERICK, #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VINA MARIE BASILE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-cr-5353 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| VINA MARIE BASILE, et al., ) | Date: March 13, 2006 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Anthony W. Ishii |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for February 13, 2006, may be continued to **March 13, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February 7, 2006

MCGREGOR W. SCOTT
United States Attorney

By /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: February 7, 2006

DANIEL J. BRODERICK
Acting Federal Public Defender

By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
VINA MARIE BASILE

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 8, 2006**
0m8i78

/s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE