| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MARK A. LIZARRAGA, CA Bar #186240 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | VINA MARIE BASILE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:04-cr-5353 AWI |
|---|---|
| | ) |
| *Plaintiff*, | ) STIPULATION TO RESET MOTIONS |
| | ) SCHEDULE/STATUS CONFERENCE |
| v. | ) HEARING; AND ORDER THEREON |
| | ) |
| VINA MARIE BASILE, et al., | ) Date: October 16, 2006 |
| | ) Time: 9:00 a.m. |
| *Defendants*. | ) Judge: Hon. Anthony W. Ishii |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel herein, that the motions schedule in the above captioned matter will be reset as follows: Defendant has filed her motions; plaintiff's response to defendant's motions is continued from August 21, 2006 to **September 25, 2006**; the optional replies to said motions and responses is continued from September 5, 2006 to **October 9, 2006**; and the hearing on said motions and the Status Conference is continued from September 11, 2006 to **October 16, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: August 30, 2006　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　By /s/ Mark J. McKeon
　　　　　　　　　　　　　　　　　　　　　　MARK J. McKEON
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: August 30, 2006
　　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　　Federal Public Defender


　　　　　　　　　　　　　　　　　　　　　By /s/ Mark A. Lizárraga
　　　　　　　　　　　　　　　　　　　　　　MARK A. LIZÁRRAGA
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　VINA MARIE BASILE


## **O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:　August 30, 2006**　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stipulation to Reset Motions Calendar/Status Conference
Hearing　　　　　　　　　　　　　2