DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VINA MARIE BASILE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINA MARIE BASILE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:04-cr-5353 AWI <br><br> **STIPULATION TO CONTINUE MOTIONS AND STATUS CONFERENCE HEARINGS; AND CONTINUE DEFENDANT'S OPTIONAL REPLY TO PLAINTIFF'S RESPONSE TO MOTION; AND ORDER THEREON** <br><br> Date: November 6, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel herein, that the Motion and Status Conference Hearings scheduled for October 30, 2006 are hereby continued to **November 6, 2006 at 9:00 a.m.**

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective counsel herein, that defendant's reply to plaintiff's response to defendant's motions is hereby continued from October 23, 2006 to **October 30, 2006**.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: October 23, 2006

MCGREGOR W. SCOTT
United States Attorney

By /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: October 23, 2006

DANIEL J. BRODERICK
Federal Public Defender

By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
VINA MARIE BASILE

# **O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    October 24, 2006**           /s/ **Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue  Motions and Status Conference
Hearings; and Continue Defendant's Optional
Reply to Plaintiff's Response to Motions            2