# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION



**FILED**

NOV 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

The United States,

  -vs-

Vina Marie Basile           **Docket No. 04-cr-5353 AWI**

**COMES NOW** Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Vina Marie Basile, who was placed on bond by the Honorable Lawrence J. O'Neill, sitting in the Court at Fresno, on the 9th day of March, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Bank Fraud, Counterfeiting, Possession Counterfeit Obligations and Securities of the United States, Identity Theft, Aggravated Identity Theft, Possessin of 15 or More Unauthorized Access Devices, Conspiracy to Manufacture and Pass Counterfeit Currency and to Commit Identity Theft

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 7, 2006, Ms. Basile was convicted, in Stanislaus Superior Court, of a violation of California Vehicle Code 23152(A) - Driving Under the Influence of Alcohol, a misdemeanor;, and a urine sample submitted by the defendant on August 29, 2006, tested positive for the presence of methamphetamine, both in violation of the standard condition that Ms. Basile not commit any offense in violation of federal, state, or local law while under release in this case, as well as the condition that she refrain from any use of alcohol and any use/possession of non-prescribed illegal drugs. Additionally, on September 25 and 26, 2006, Ms. Basile failed to submit a urine sample to Pretrial Services as directed by her officer, in violation of the condition that the defendant submit to drug and/or alcohol testing as directed by Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** this matter be placed on the Court's calendar on November 13, 2006, at 2:30 pm, and that the Pretrial Services Officer contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2006

          Respectfully submitted,

          LYDIA J. SERRANO
          Pretrial Services Officer

## ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

**X** The Court hereby orders this matter placed on this court's calendar on _Nov. 13, 2006_, at _2:30_ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this 7th day of
__Nov.__, 2006, and ordered filed and
made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 1/93

**BASILE, Vina**
**Docket No. 04-cr-5353 AWI**

## ADDITIONAL CONDITIONS OF RELEASE

You are released to the third party custody of WestCare.

You shall report to and comply with the rules and regulations of the Pretrial Services Agency.

You shall report in person to the Pretrial Services Agency on the first working day following your release from custody.

You shall reside at Westcare residential substance abuse program as directed by program staff and Pretrial Services.

Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer.

You shall not associate or have any contact with Robert Vaughn Johnson and Richard Andrew Morgan unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer.

You shall refrain from **ANY** use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.

You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt.

## MODIFIED ON APRIL 21, 2005

You are released to the third party custody of Sandra Brasil.

You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.