| | |
|---|---|
| 1 | RICHARD A. BESHWATE, JR. 179782<br>Attorney at Law |
| 2 | 2014 Tulare Street, Suite 414<br>Fresno, CA 93721 |
| 3 | Telephone: 559.266.5000<br>Facsimile: 559.266.0507 |

Attorney for Defendant, VINA MARIE BASILE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: **1:04cr5353 AWI** |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A |
| | ) | RESETTING A STATUS CONFERENCE |
| v. | ) | |
| VINA MARIE BASILE, | ) | Date: 02/12/07 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant VINA MARIE BASILE by and through her attorney, the pretrial orders be vacated to be reset by the Court with all rulings regarding previously filed in limine motions remaining in full force and effect.

IT IS FURTHER STIPULATED that the Status Conference Hearing be scheduled on <u>MARCH 5, 2007, at 9:00 a.m.</u>

Respectfully submitted,

DATED: February 7, 2007        /s/   Richard A. Beshwate, Jr.
                               RICHARD A. BESHWATE, JR.
                               Attorney for Defendant,
                               VINA MARIE BASILE

///

U.S. v. VINA MARIE BASILE, et al.
STIPULATION AND ORDER FOR RESETTING STATUS CONFERENCE
CASE NUMBER: **1:04cr5353 AWI**                                                    1

DATED:     February 7, 2007          /s/ Mark McKeon
                                     MARK McKEON
                                     Assistant U.S. Attorney

                                     **Approved verbally by all parties on 02/07/07**

### *ORDER*

IT IS SO ORDERED.

**Dated:     February 8, 2007**          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE