IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:06-cr-5353 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | RESETTING HEARING |
| | ) | |
| VINA BASILE, | ) | Date:      June 4, 2007 |
| | ) | Time:      9:00 a.m.. |
| Defendant. | ) | Courtroom: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant VINA BASILE by and through her attorney, that the Sentencing Hearing set for Wednesday, June 4, 2007 at 9:00 a.m. be vacated and set on May 21, 2007, at 9:00 a.m.

Time is to be excluded due to my unavailability pursuant to 18 USC 3161.

Respectfully submitted,

DATED: May 4, 2007         /s/   Richard A. Beshwate, Jr.
                          RICHARD A. BESHWATE, JR.
                          Attorney for Defendant,
                          VINA BASILE


DATED: May 4, 2007         /s/   Mark McKeon
                          MARK McKEON

**Approved verbally by all parties on May 3, 2007**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set |
| 3 | for Wednesday, June 4, 2007, at 9:00 a.m. is VACATED and RESET for MAY 21, 2007, at 9:00 a.m. |
| 4 | Time is excluded pursuant to 18 USC 3161. |

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:**   **May 4, 2007**             /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE