

**FILED**
MAY 22 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
    Plaintiffs, )  No. CR-04-5353-AWI
)
vs. )  ORDER OF RELEASE
)
VINA MARIE BASILE, )
)
    Defendant. )
_____)

The above named defendant having been sentenced on MAY 21, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 5-22-07

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1