# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**VINA MARIE BASILE**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Violation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:04CR05353-001**

R. Beshwate

Defendant's Attorney

## THE DEFENDANT:

[✔] admitted guilt to violation of charge(s) One as alleged in the violation petition filed on 7/9/2007 .

[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Unlawful Use of a Controlled Substance | May 24, 2007 |

The court: [ ] revokes: [ ] modifies: [✔] continues under same conditions of supervision heretofore ordered on  5/22/2007 .

The defendant is sentenced as provided in pages 2 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 10, 2008

Date of Imposition of Sentence

/s/ ANTHONY W. ISHII

Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge

Name & Title of Judicial Officer

March 13, 2008

Date